IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY f/k/a GE LIFE AND ANNUITY ASSURANCE COMPANY f/k/a THE LIFE INSURANCE COMPANY OF VIRGINIA<br><br>Plaintiff<br><br>v.<br><br>SAVANAH KITE, individually, and in her capacity as Executor of the Estate of Virginia Kite, and JUNE HAILEY<br><br>Defendants | CIVIL ACTION FILE NO.<br><br>4:17-CV-00077-WTM-GRS |

## CONSENT ORDER

Having considered the foregoing Joint Motion for Discharge, Disbursement, Permanent Injunction, and Dismissal, for good cause shown and all parties consenting hereto, it is hereby ordered that:

(a) Each defendant is permanently enjoined and restrained from initiating any other action against Genworth for recovery of the life insurance proceeds that were the subject of this interpleader action, or any part thereof;

(b) Genworth is hereby discharged from all further liability under the Policy issued by Genworth beyond those monies deposited into the Court's registry,

which represents the Policy proceeds payable by reason of the death of Virginia Kite, plus accrued interest;

(c) The clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $ $3,000 payable to "Genworth Life and Annuity Insurance Company," c/o Elizabeth J. Bondurant, Womble Carlyle Sandridge & Rice, LLP, and mail or deliver the check to Elizabeth J. Bondurant, Esq., 271 17th Street NW, Atlanta, Georgia 30363;

(d) The clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $11,464.38, plus 50% of accrued interest, minus 50% of any statutory users fees, payable to "Savanah Kite," c/o Brian K. Brake, Lenhart Petit, and mail or deliver the check to Brian K. Brake, Esq., 90 North Main Street, Suite 201, Harrisonburg, VA 22803;

(e) The clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $11,464.39, plus 50% of accrued interest, minus 50% of any statutory users fees, payable to "June Hailey," c/o Nicholas A. Hurston, The Law Offices of Little & Hurston, PLLC, and mail or deliver the check to Nicholas A. Hurston, Esq., 562 Calvert Street, Suite C, Staunton, VA 24402;

(f) Pursuant to Local rule 67.1(C)(4), counsel for each party receiving a disbursement under this order shall provide the clerk with a W-9 for that party under separate cover; and

(h) This action shall be dismissed with prejudice, without recovery by any party of any costs or fees not specifically set forth in this Order.

SO ORDERED, this 16th day of August, 2017.

_____
Honorable William T. Moore
United States District Judge

Consented to:

s/ *Elizabeth J. Bondurant*
Georgia Bar No. 066690
s/ *Nikole M. Crow*
Georgia Bar No. 198359

Attorneys for Plaintiff

Womble Carlyle Sandridge
    & Rice, LLP
271 17th Street, N.W., Suite 2400
Atlanta, Georgia 30363-1017
(404) 872-7000 (telephone)
(404) 888-7490 (facsimile)
lisa.bondurant@wcsr.com
ncrow@wcsr.com

s/ *Savanah Kite*
(*by Nikole M. Crow with express permission and consent of Ms. Kite*)

Defendant *Pro Se*

19 Barksdale Drive
Savannah, Georgia 31419
savanah.julia.kite@gmail.com

s/ *June Hailey*
(*by Nikole M. Crow with express permission and consent of Ms. Hailey*)

Defendant, *Pro Se*

394 Thorofare Road
Crimora, Virginia 24431
Junehailey31@gmail.com